IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN GALLATIN,

    Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD
COMPANY,

    Defendant.                    Case No. 10-cv-13-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal filed on June 10, 2011.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 13, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                        NANCY J. ROSENSTENGEL,
                        CLERK OF COURT


                        BY:      */s/Sandy Pannier*
                                  Deputy Clerk

Dated: June 13, 2011

Digitally signed by David R. Herndon
Date: 2011.06.13 10:36:01 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT